IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2016 MAY 18 PM 2:04
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. SA16CR0358 DAE |
| Plaintiff, | INDICTMENT |
| v. | [CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute (methamphetamine); |
| OMAR CHAVEZ (1) | CT 2: 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance (methamphetamine); |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT ONE**
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(A)(viii))

That beginning on or about May 1, 2016, and continuing through and including May 16, 2016, in the Western District of Texas, Defendant,

OMAR CHAVEZ (1)

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT TWO**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii))

That on or about May 16, 2016, in the Western District of Texas, Defendant,

OMAR CHAVEZ (1)

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: *[signature]*
RUSSELL D. LEACHMAN
Assistant U.S. Attorney